# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>SAMUEL PRIETO GONZALEZ<br><br>            Defendant. | CR NO: 1:14-CR-00143 AWI |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: SAMUEL PRIETO
Detained at: Madera County Jail

Detainee is:   a.) ☐ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
                    charging detainee with: _____
         or    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
         or    b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

**Appearance is necessary on 11/10/2014 at 1:00 PM in Courtroom 3 in the Eastern District of California.**

| | |
|---|---|
| Signature: | /s/ Grant B. Rabenn |
| Printed Name & Phone No: | GRANT B. RABENN (559) 497-4024 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Nov 6, 2014**

/s/ Stanley A. Boone
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Samuel Prieto, Samuel Prieto Gonzalez | ☒Male | ☐Female |
| Booking or CDC #: | 1400009653 | DOB: | 06/20/1978 |
| Facility Address: | Madera County Jail | Race: | HISPANIC |
| Facility Phone: | | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____

(signature)