UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL PRIETO GONZALES,<br><br>Defendant. | Case No.  1:14-cr-00143-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

 IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI attorney for Defendant SAMUEL PRIETO GONZALES, and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the sentencing hearing currently scheduled for July 25, 2016, at 10:00 a.m., shall be continued until AUGUST 22, 2016, at 10:00 a.m.

 This continuance is necessary because parties need additional time to prepare for sentencing.  I will need time to have Mr. Gonzales transported and file a sentencing memorandum on his behalf.

 The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18

U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: July 18, 2016         Respectfully submitted,

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
SAMUEL PRIETO GONZALES

Dated: July 18, 2016         Respectfully submitted,

/s/ Grant Rabenn
GRANT RABENN
Assistant U.S. Attorney

**ORDER**

The sentencing hearing as to the above named defendant currently set for July 25, 2016, is continued to August 22, 2016, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **July 19, 2016**                       _____
                                                 UNITED STATES DISTRICT JUDGE