PHILLIP A. TALBERT
Acting United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

**FILED**
AUG 22 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL PRIETO GONZALES,<br><br>Defendant. | No. 1:14-CR-00143-DAD-BAM<br><br>ORDER FOR FORFEITURE MONEY JUDGMENT |

Based upon the United States' Application for Forfeiture Money Judgment and the plea agreement entered into between plaintiff United States of America and defendant Samuel Prieto Gonzales,

IT IS HEREBY ORDERED that

1.   The defendant Samuel Prieto Gonzales shall forfeit to the United States the sum of $ 2,120.00 and that the Court imposes a personal forfeiture money judgment against defendant in that amount.

2.   Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the implementation of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Secret Service, in its secure custody and control.

3.   This Order of Forfeiture shall become final as to the defendant at the time of

ORDER FOR FORFEITURE MONEY JUDGMENT          1

1 sentencing and shall be made part of the sentence and included in the judgment.

2   4.   The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $ ~~2,120.00~~ [DAD] to satisfy the money judgment in whole or in part.

Dated: 8/22/16

*/s/ Dale A. Drozd*
Hon. DALE A. DROZD
United States District Court Judge